```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF WASHINGTON

PAUL F. GARNER,                   )   NO. CV-10-151-JPH
                                  )
                                  )   ORDER ADOPTING REPORT
            Petitioner,           )   AND RECOMMENDATION TO
                                  )   DENY WRIT OF HABEAS CORPUS
     vs.                          )
                                  )
RON FRAKER,                       )
                                  )
                                  )
            Respondent.           )
_____)
```

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on November 22, 2010 **(Ct. Rec. 20)**, recommending the Petition for a Writ of Habeas Corpus be **(Ct. Rec. 1)** be **denied.** No objections have been filed. The deadline has passed.

Having reviewed the report and recommendations, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS HEREBY ORDERED**

1. The Report and Recommendation **(Ct. Rec. 20)** to deny the Petition for a Writ of Habeas Corpus is **ADOPTED in its entirety.**

2. The Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to the

-1-

parties, and close the file.

DATED this 9th day of December, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE