AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PAUL F. GARNER,

                Petitioner,

        v.

RON FRAKER,

                Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-0151-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation (Ct. Rec. #20) to deny the Petition for a Writ of Habeas Corpus is ADOPTED in its entirety. The Court declines to issue a certificate of appealability.

| | |
|---|---|
| December 9, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pamela A. Howard |
| | *(By) Deputy Clerk* |
| | Pamela A. Howard |